The People of the State of Illinois, defendant in error, v. Samuel C. Lewis, plaintiff in error. Gen. No. 26,691.

Conviction for violation of section 30 of the Motor Vehicle Act (Cahill's Ill. St. ch. 95a, ¶ 31). Case decided in accordance with the decision in People v. Blue, *ante*, p. 255. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed November 1, 1921.

Miles J. Devine, for plaintiff in error. Robert E. Crowe, Edward

E. Wilson and Henry T. Chace, Jr., for defendant in error.
Mr. Justice Barnes delivered the opinion of the court.